FILED
CLERK, U.S. DISTRICT COURT

Jan 21, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAIN-SYS CORPORATION, | No. CV 2:15-cv-01466-SVW-JC |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | **THE HONORABLE** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES and KATHY A. BARAN, Director, USCIS California Service Center, | **STEPHEN V. WILSON** |
| Defendants. | |

The Court having entered an Order on January 12, 2016, denying Plaintiff's Motion for Summary Judgment, ECF No. 43, it is hereby ORDERED, ADJUDGED, and DECREED that Judgment be entered in favor of the Defendants and against the Plaintiff.

IT IS SO ORDERED.

DATED:      January 21, 2016      _____

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE